UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CEMENT MASONS & PLASTERERS HEALTH & WELFARE TRUST, et al.,<br><br>                Plaintiffs,<br>  v.<br><br>O-CO CONCRETE CONSTRUCTION, LLC,<br><br>                Defendant,<br>  v.<br><br>SOUND PACIFIC CONSTRUCTION, LLC,<br><br>                Garnishee-Defendant. | CASE NO. 22-mc-00086-LK<br><br>ORDER DIRECTING ENTRY OF JUDGMENT ON GARNISHEE'S ANSWER |

**JUDGMENT SUMMARY**

| | |
|---|---|
| Judgment Creditors: | Board of Trustees of the Cement Masons & Plasterers Health & Welfare Trust; Cement Masons and Plasterers Retirement Trust; and Western Washington Cement Masons Journeyman and Apprenticeship Training Trust |
| Garnishment Judgment Debtor: | O-Co Concrete Construction, LLC |

ORDER DIRECTING ENTRY OF JUDGMENT ON GARNISHEE'S ANSWER - 1

|  |  |
|---|---|
| Garnishment Judgment Amount: | $15,725.44 |
| Costs Judgment Debtor: | 0.00 |
| Costs Judgment Amount: | $   139.00 |
| Total Judgment Amount: | $15,864.44 |
| Judgments to bear interest at: | 12% per annum from the date of entry of default judgment |
| Attorney for Judgment Creditor: | Noelle E. Dwarzski, WSBA No. 40041<br>Barlow Coughran Morales & Josephson, P.S. |

This matter comes before the Court on Plaintiffs' Second Motion for Judgment on Garnishee Defendant's Answer to Writ of Garnishment and Order of Disbursal. Dkt. No. 8.

IT APPEARING THAT Garnishee Defendant Sound Pacific Construction, LLC was indebted to Defendant/Judgment Debtor O-Co Concrete Construction, LLC in the nonexempt amount of $15,864.44; that at the time the Writ of Garnishment was issued, Defendant held an account with the Garnishee Defendant; and that Plaintiffs have incurred $139.00 in recoverable costs and attorney fees; now, therefore, it is hereby

ORDERED, ADJUDGED, AND DECREED that Plaintiffs are awarded judgment against Garnishee Defendant, Sound Pacific Construction, LLC, in the amount of $15,864.44; that Plaintiffs are awarded judgment against Defendant in the amount of $139.00 for recoverable costs; that Garnishee Defendant shall pay its judgment amount to Plaintiffs through the Registry of the Court, and the Clerk of the Court shall note receipt thereof and shall forthwith disburse such payment to Plaintiffs' attorney; and that Garnishee Defendant is advised that the failure to pay its judgment amount may result in execution of the judgment, including garnishment.

Dated this 28th day of July, 2023.

*Lauren King*

Lauren King
United States District Judge